# SECOND DEPARTMENT, JULY, 1984

## (July 2, 1984)

■ ABC RACQUETBALL COURTS, INC., Appellant, v MARINE MIDLAND BANK, Respondent. — Order of the Supreme Court, Suffolk County, entered January

4, 1983, affirmed, with costs, for reasons stated in the opinion of Justice Baisley at Special Term. Rubin, J. P., Boyers, Lawrence and Eiber, JJ., concur.